Hyman D. Heyman, Roy Heyman and Leonard Heyman, Doing Business as Certified Shops, Plaintiffs-Appellants, v. 100 North LaSalle Street Building Corporation, a Corporation, George R. Chadwick and Walter Hall, Defendants-Appellees.

Gen. No. 47,899.

First District, First Division.

March 13, 1961.

Rehearing denied April 10, 1961.

Clausen, Hirsh, Miller & Gorman, and Meyer W. Rosin, all of Chicago (Jerome H. Torshen, of counsel) for appellants; Kirkland, Ellis, Hodson, Chaffetz & Masters, of Chicago (Max E. Wildman, John M. O'Connor, Jr., and Robert A. Deane, of counsel) for 100 North LaSalle Street Building Corporation, a Corporation, appellee, and Theo W. Hofsommer, of Chicago, for George R. Chadwick, appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**